

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV - 3 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

**CR21-02855 TUC-JCH(DTF)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Omar Gilberto Fierros Amaya,<br>(Count 1)<br><br>2. Mario Edoardo Ramirez Chavez,<br>and<br>(Counts 1, 2)<br><br>3. Kevin Durazo,<br>(Counts 1, 2, 3)<br><br>Defendants. | No.<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(False Statements in Connection with Acquisition of Firearm)<br>Counts 2, 3<br><br>18 U.S.C. § 2(a)<br>(Aiding and Abetting the Commission of an Offense)<br>Count 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about October 5, 2021, in the District of Arizona, Defendants OMAR GILBERTO FIERROS AMAYA, MARIO EDOARDO RAMIREZ CHAVEZ, and KEVIN DURAZO knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one FN model 509 9mm caliber pistol, one FN model SCAR 17 7.62x51 caliber rifle, and 500

rounds of 7.62x51 caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about October 5, 2021, in the District of Arizona, Defendants MARIO EDOARDO RAMIREZ CHAVEZ and KEVIN DURAZO, in connection with the acquisition of a firearm, that is, one FN model SCAR 175 .308 WIN caliber rifle, from Turner's Outdoorsman, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Turner's Outdoorsman, which statement was intended to deceive Turner's Outdoorsman as to a fact material to the lawfulness of such sale of said firearms to Defendant MARIO EDOARDO RAMIREZ CHAVEZ under Chapter 44, Title 18, United States Code, in that Defendant MARIO EDOARDO RAMIREZ CHAVEZ stated that he was the actual transferee/buyer of said firearms when in fact he was purchasing it on behalf of another individual, and Defendant KEVIN DURAZO aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNT 3

On or about October 5, 2021, in the District of Arizona, Defendant KEVIN DURAZO, in connection with the acquisition of a firearm, that is, one FN model 509 9mm Luger caliber pistol, from Sportsman's Warehouse, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Sportsman's Warehouse, which statement was intended to deceive Sportsman's Warehouse as to a fact material to the lawfulness of such sale of said firearm to Defendant KEVIN DURAZO under Chapter 44, Title 18, United States Code, in that KEVIN DURAZO stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of another individual.

*United States of America v. Omar Gilberto Fierros Amaya, et al*
*Indictment Page 2 of 3*

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: November 3, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR
PUBLIC DISCLOSURE**

/S/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Omar Gilberto Fierros Amaya, et al*
*Indictment Page 3 of 3*