GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA WOOLRIDGE
Assistant U.S. Attorney
Arizona State Bar No. 022079
405 W. Congress St., Suite 4800
Tucson, AZ 85701-5040
Telephone: (520) 620-7300
Email: Angela.Woolridge@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Mario Edoardo Ramirez Chavez,<br><br>Defendant. | CR 21-2855-002-TUC-JCH (DTF)<br><br>GOVERNMENT'S SENTENCING MEMORANDUM |

Plaintiff, United States of America, by and through its attorneys undersigned, hereby files its Sentencing Memorandum for Defendant Mario Edoardo Ramirez Chavez in the above-referenced case. Sentencing is currently set for August 9, 2022.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    FACTS AND PROCEDURAL HISTORY

On October 5, 2021, law enforcement agents received information of possible weapons smuggling into Mexico through the Port of Entry in Douglas, Arizona. Agents conducted surveillance in attempt to prevent the unlawful export of weapons and observed a vehicle stop briefly at a residence in Douglas, travel toward the Port of Entry, and stop nearby.  Co-defendant, Omar Gilberto Fierros Amaya exited the vehicle and walked to the outbound pedestrian lane, where officers found a FN 509 9mm pistol concealed on his waist.  Meanwhile, the vehicle proceeded to the vehicular outbound lanes, driven by the defendant, Mario Edoardo Ramirez Chavez, with co-defendant Kevin Durazo as the passenger.

The defendant admitted to law enforcement agents that he had driven into the United States from Mexico that morning, where he picked up Amaya, and all three (the defendant, Amaya, and Durazo) went to Tucson to purchase firearms and ammunition. Durazo asked the defendant to purchase a rifle and gave him money for the purchase. The defendant purchased a 7.62x51mm caliber rifle from a licensed firearm dealer, and Durazo purchased the 9mm pistol (subsequently found on Amaya) and a 7.62x51mm caliber ammunition from another licensed firearms dealer.

Inside the residence where the vehicle had stopped prior to proceeding to the Port of Entry, agents found a 7.62x51mm caliber rifle and a box containing 500 rounds of 7.62x51mm caliber ammunition. The receipt for the purchase of the rifle was found in the vehicle, and the receipt for the purchase of the pistol was found on co-defendant Durazo.

The firearms and ammunition the defendant and his co-defendants acquired and transported with the intent of exportation into Mexico qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. Neither the defendant nor any other individual involved in the attempted export of these firearms and ammunition had a license or any other lawful authority to export them from the United States into Mexico.

The defendant was charged by Indictment on November 3, 2021, with one count of Smuggling Goods from the United States (Count One) and one count of Making False Statements in Connection with the Acquisition of a Firearm (Count Two). On May 23, 2022, the defendant pleaded guilty to both counts against him in the Indictment without a plea agreement. Sentencing is set before this Court for August 9, 2022.

## II.    APPLICABLE GUIDELINE CALCULATIONS

The government agrees with the sentencing guideline calculations as set forth in the Draft Presentence Investigation Report. (Doc. 94.) The base offense level is 26 pursuant to U.S.S.G. §2M5.2(a)(1), and after a three-level reduction for acceptance of responsibility pursuant to §3E1.1(a) and (b), the final offense level is 23. Together with the defendant's

Criminal History Category of I, the advisory sentencing guideline range is 46 to 57 months imprisonment. The government submits that no grounds for departure or variance exist in this case.

### III. GOVERNMENT'S SENTENCING RECOMMENDATION

The government requests that this Court sentence the defendant to 46 months imprisonment, the bottom of the advisory guideline range. The government believes this sentence appropriately reflects the severity of the offenses and the individual characteristics of the defendant.

The defendant's offenses in this case are very serious. He unlawfully purchased a firearm – a semiautomatic assault rifle – and assisted his co-defendants in acquiring another firearm and ammunition for the rifle. He then attempted to unlawfully export the weapons from the United States into Mexico, where the firearms and ammunition are not only illegal to possess but were intended to be provided to a criminal organization. His actions created a substantial risk of immense harm, not only directly impacting Mexico but also creating danger in the United States, and harming our international relations and stability along the international border as well. The defendant put the lives and safety of countless others in danger for his own financial gain.

The government recognizes the defendant's lack of prior criminal history. However, this factor is reflected in guideline computations (and recommendation herein) and does not warrant a further departure. Given the dangerous nature of the defendant's crimes involving the unlawful purchase of firearms and smuggling weapons from the United States into Mexico, and the harm these crimes cause, the government submits that a sentence of 46 months, the bottom of the guideline range, is appropriate.

### IV. CONCLUSION

For the reasons discussed, the government respectfully requests that this Court sentence the defendant to 46 months imprisonment. The government submits that this

sentence is appropriate and no greater than necessary based on the facts and circumstances of the offenses and the individual characteristics of the defendant.

Respectfully submitted this 29th day of July, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Angela W. Woolridge*

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means
this 29th day of July, 2022, to:

Jay V. Sagar, AFPD
Attorney for Defendant Mario Edoardo Ramirez Chavez

4